IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA A. HAMILTON, :
:
      Plaintiff(s), :
: Case Number: 1:06cv821
  vs. :
: District Judge Susan J. Dlott
UNION SECURITY INSURANCE
COMPANY, :
:
      Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 25, 2008 a Report and Recommendation (Doc. 38).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 43) and plaintiff's filed a response in opposition to the objections (Doc. 44).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's motion for judgment as a mater of law (Doc. 25) is **GRANTED** and defendant's motion to deny relief and affirm the administrative decision (Doc. 31) is **DENIED.** Therefore, judgment is **ENTERED** in favor of plaintiff awarding her long term disability benefits.  This case is hereby **TERMINATED.**

IT IS SO ORDERED.

                                                 S/Susan J. Dlott_____
                                                 Susan J. Dlott
_                                                United States District Judge